Ronald A. Marron (SBN 175650)
ron@consumersadvocates.com
Alexis M. Wood (SBN 270200)
alexis@consumersadvocates.com
Kas L. Gallucci (SBN 288709)
kas@consumersadvocates.com
LAW OFFICES OF RONALD A. MARRON
651 Arroyo Drive
San Diego, California 92103
(619) 696-9006 Telephone
(619) 564-6665 Facsimile

Attorneys for Plaintiff
CAROLE CRAMER-BANKS

David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Martin Schannong (SBN 243297)
schannongm@cmtlaw.com
CARLSON & MESSER LLP
5901 West Century Boulevard, Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
EDUCATIONAL CREDIT MANAGEMENT CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLE CRAMER-BANKS, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>EDUCATIONAL CREDIT MANAGEMENT CORPORATION,<br><br>  Defendant. | CASE NO. 2:23-cv-00031-JAK-GJS<br><br>**STIPULATION FOR DISMISSAL** |

{00203506;1}

1

1  Pursuant to the Court's May 1, 2024 Order (ECF No. 29), it is hereby
2  stipulated and jointly requested by the parties to this case, through their respective
3  counsel, that the above-entitled action shall be dismissed in its entirety, without
4  prejudice.

6  DATED: May 6, 2024          LAW OFFICES OF RONALD A. MARRON

8                              By:    s/Alexis M. Wood
9                                     Ronald A. Marron
                                       Alexis M. Wood
10                                     Kas L. Gallucci
                                       Attorneys for Plaintiff
11                                     CAROLE CRAMER-BANKS

13  DATED: May 6, 2024          CARLSON & MESSER LLP

15                              By:    s/Martin Schannong
                                       David J. Kaminski
16                                     Martin Schannong
                                       Attorneys for Defendant
17                                     EDUCATIONAL CREDIT
                                       MANAGEMENT CORPORATION

# SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Plaintiff's counsel, and that I have obtained Plaintiff's counsel's authorization to affix the electronic signatures to this document.

DATED: May 6, 2024　　　　CARLSON & MESSER LLP

　　　　　　　　　　　　　By:   s/Martin Schannong
　　　　　　　　　　　　　　　　David J. Kaminski
　　　　　　　　　　　　　　　　Martin Schannong
　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　EDUCATIONAL CREDIT MANAGEMENT CORPORATION

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2024, a true and correct copy of the foregoing document entitled STIPULATION FOR DISMISSAL was filed through the ECF system, which will send notification of such filing to the e-mail addresses associated with this case.

DATED: May 6, 2024      CARLSON & MESSER LLP

By:   s/Martin Schannong
David J. Kaminski
Martin Schannong
Attorneys for Defendant
EDUCATIONAL CREDIT MANAGEMENT CORPORATION